CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 03 2018
JULIA C. DUDLEY, CLERK
BY: /s/ H McDaniel
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LESTER EUGENE BOWLES,<br>    Plaintiff, | Civil Action No. 7:17-cv-00117 |
| v. | **FINAL ORDER** |
| JACKSON,<br>    Defendant. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Jackson's motion for summary judgment is **GRANTED** and the action is **STRICKEN** from the active docket.

ENTER: This 3rd day of July, 2018.

                /s/ Jackson L. Kiser
                Senior United States District Judge